UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO FRANCO, Petitioner, v. MARKWAYNE MULLIN, et al., Respondents. | Case No.: 3:26-cv-4855-CAB-JLB **ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Juan Pablo Franco has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he claims that he is being incorrectly detained under 8 U.S.C. § 1225 instead of 8 U.S.C. § 1226. [Doc. No. 1 ("Petition").]

Following *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), noncitizens like Petitioner are subject to the discretionary detention provisions of § 1226(a), including a bond hearing. Petitioner's hearing pursuant to *Rodriguez Vazquez* was scheduled for September 9, 2026. [Doc. No. 3.]

///

///

///

///

///

The Court therefore **DENIES** the Petition because Petitioner is receiving the relief he requested. Should Respondents fail to provide the scheduled bond hearing, Petitioner may file an Amended Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 11, 2026

Hon. Cathy Ann Bencivengo
United States District Judge